UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CLAUDIO NUNEZ,

                                        Plaintiff,

        v.

THE SUPERINTENDENT OF ELMIRA
CORRECTIONAL FACILITY, et al.,

                                       Defendants.
_____

                                        <u>DECISION AND ORDER</u>

                                        21-CV-6501DGL

The pretrial matters in this civil case have been referred to United States Magistrate Judge Mark W. Pedersen. On May 29, 2024, Magistrate Judge Pedersen issued a thorough combined Decision and Order and Report and Recommendation (Dkt. #161). Magistrate Judge Pedersen carefully and clearly dealt with several matters.

Thereafter, defendants moved before Magistrate Judge Pedersen seeking reconsideration of that Court's Report and Recommendation (Dkt. #162). The Magistrate Judge promptly issued an Order (Dkt. #163) denying the motion for reconsideration.

The time within which to file objections to the Report and Recommendation or appeal the Decision and Order have expired. There being no objection and no appeal, I hereby ADOPT in

full the recommendations contained in the Report and Recommendation (Dkt. #161) and I AFFIRM the Decision and Order entered into that combined filing (Dkt. #161).

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated:  Rochester, New York
        July 2, 2024.